IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SCOTTS COMPANY LLC,<br>    Plaintiff,<br>v.<br>CENTRAL GARDEN & PET COMPANY, et al.<br>    Defendant. | Case No. 2:09-cv-0478<br>JUDGE EDMUND A. SARGUS, JR.<br>MAGISTRATE JUDGE MARK R. ABEL |

## ORDER

The parties have indicated to the Court that this case has settled. The Court hereby **VACATES** the hearing currently scheduled for August 5, 2009. The Court further **ORDERS** that the parties file a dismissal entry within 30 days of this Order.

**IT IS SO ORDERED.**

8-4-2009
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

1